June 9, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

HARVELLA JONES, Appellant

NO. 14-16-00339-CV                    V.

THI "NINA" TRAN, ET AL, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal filed on April 25, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Harvella Jones.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.